**Velva L. Price**
**District Clerk, Travis County**
Travis County Courthouse Complex
P.O. Box 679004
Austin, Texas 78767



FILED
*June 2, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

May 18, 2015

Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

Re: Cause Number: D-1-DC-14-904026 (427th)

Dear Mr. Sonnenberg:

Attached you will find a copy of the Clerk's Record on the cause number listed above.

Clerk's Record Volume 1 of 1
1st Supplemental Clerk's Record Volume 1 of 1
2nd Supplemental Clerk's Record Volume 1 of 1

Sincerely
Court Clerk

**Administrative Office**
(512) 854-9737
Fax: 854-4744

| US Postal Service™ **Certified Mail® Receipt** *Domestic Mail Only No Insurance Coverage Provided* | | Postmark Here |
|---|---|---|
| | Postage $ | |
| | Certified Fee | |
| | Return Receipt Fee (Endorsement Required) | |
| | Restricted Delivery Fee (Endorsement Required) | |
| | Total Postage & Fees $ | |

9414 7266 9904 2956 8347 27

Sent To:
Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

14-904026
427th
Copy of
Clerks Record
1st Supplemental
Clerks Record
2nd Supplemental
Clerks Record

PS Form 3800, December 2014    US Postal Service®

**Velva L. Price**
**District Clerk, Travis County**
Travis County Courthouse Complex
P.O. Box 679004
Austin, Texas 78767



May 18, 2015

Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

Re: Cause Number: D-1-DC-14-904026 (427th)

Dear Mr. Sonnenberg:

Attached you will find a copy of the Reporter's Record on the cause number listed above.

Reporter's Record Volume 1 of 8 – Master Index
Reporter's Record Volume 2 of 8 – Arraignment
Reporter's Record Volume 3 of 8 – Jury Voir Dire & Trial on the Merits

Sincerely
Court Clerk

Administrative Offices
(512) 854-9737
Fax: 854-4744

9414 7266 9904 2956 8340 79

US Postal Service®
**Certified**
**Mail®**
**Receipt**

*Domestic Mail Only*
*No Insurance*
*Coverage Provided*

| | $ |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To:

Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

VOl 1of8
VOl 2of8
VOl 3of8

PS Form 3800, December 2014    US Postal Service®    **Certified Mail® Receipt**

14-904026 427th Copy of reporter's record

2

**Velva L. Price**
**District Clerk, Travis County**
Travis County Courthouse Complex
P.O. Box 679004
Austin, Texas 78767



May 18, 2015

Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

Re: Cause Number: D-1-DC-14-904026 (427th)

Dear Mr. Sonnenberg:

Attached you will find a copy of the Reporter's Record on the cause number listed above.

Reporter's Record Volume 4 of 8 – Trial on the Merits
Reporter's Record Volume 5 of 8 – Trial on the Merits

Sincerely
Court Clerk

Administrative Office
(512) 854-9737
Fax: 854-4744

US Postal Service
**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To:
Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

14-904026
427th
copy of Reporters
Record
Vol 4 of 8

PS Form 3800, December 2014     US Postal Service®     Certified Mail Receipt

7014 7266 9904 2956 8340 55

2

**Velva L. Price**
**District Clerk, Travis County**
Travis County Courthouse Complex
P.O. Box 679004
Austin, Texas 78767



May 18, 2015

Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

Re: Cause Number: D-1-DC-14-904026 (427th)

Dear Mr. Sonnenberg:

Attached you will find a copy of the Reporter's Record on the cause number listed above.

Reporter's Record Volume 6 of 8 – Punishment
Reporter's Record Volume 7 of 8 – Sentencing

Sincerely
Court Clerk

US Postal Service®
**Certified Mail® Receipt**
Domestic Mail Only
No Insurance
Coverage Provided

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

9414 7266 9904 2956 8341 09

Se
Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

PS Form 3800, December 2014      US Postal Service®      **Certified Mail® Receipt**

Copy of
Reporters
Record
Vol 6 of 8
Vol 7 of 8

Administrative Offices
(512) 854-9737
Fax: 854-4744

**Velva L. Price**
**District Clerk, Travis County**
Travis County Courthouse Complex
P.O. Box 679004
Austin, Texas 78767



May 18, 2015

Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

Re: Cause Number: D-1-DC-14-904026 (427th)

Dear Mr. Sonnenberg:

Attached you will find a copy of the Reporter's Record on the cause number listed above.

Reporter's Record Volume 8 of 8 – Exhibit Index

Sincerely
Court Clerk

9434 7266 9904 2956 8340 86

US Postal Service®
**Certified Mail® Receipt**
Domestic Mail Only
No Insurance
Coverage Provided

| | $ | |
|---|---|---|
| Postage | | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

PS Form 8800, December 2014    US Postal Service    Certified Mail Receipt

Administrative Offices
(512) 854-9737
Fax: 854-4744

2

**Velva L. Price**
**District Clerk, Travis County**
Travis County Courthouse Complex
P.O. Box 679004
Austin, Texas 78767



May 18, 2015

Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

Re: Cause Number: D-1-DC-14-904026 (427th)

Dear Mr. Sonnenberg:

Attached you will find a copy of the Reporter's Record on the cause number listed above.

Reporter's Record Volume 8 of 8 – Exhibit Index (cont.)

Sincerely
Court Cle

Administrative
(512) 854-97
Fax: 854-47

US Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

**Total Postage & Fees** $

Postmark
Here

Sent To:
Graham Sonnenberg #1950692
Daniel Unit
938 South FM 1673
Snyder, Texas 79549

PS Form 3800, December 2014          US Postal Service®